IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | |
|---|---|
| ASA C. KEIL; and ZACHARIAH E. MCREE, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) CV 121-170 ) |
| MICHAEL BROOME; and MATTHEW BROOME, | ) ) ) ) |
| Defendants. | ) |

**O R D E R**

Defendants Robert J. Lagroon and Wildflower Investments, LLC. filed motions to dismiss Plaintiffs' complaint and amended complaint, (doc. nos. 5, 22), and requested a stay of discovery pending the District Court's ruling, which the Court granted, (doc. no. 31). The Court instructed the remaining parties to "confer and submit a Rule 26(f) Report, with proposed case deadlines, within seven days" of the resolution of the motions to dismiss. (Id.) On September 28, 2022, the presiding District Judge granted the motion to dismiss the amended complaint, dismissing Defendants Lagroon and Wildflower Investments, LLC. from the case and allowing the remaining claims to proceed against non-moving Defendants. (Doc. no. 49.)

More than seven days have passed since the presiding District Judge's ruling, but the parties have not submitted a Rule 26(f) Report, with proposed case deadlines. Accordingly, the Court **ORDERS** the parties to conduct a conference and file a joint 26(f) Report on or

before October 13, 2022.  The Court **DIRECTS** the **CLERK** to attach the standard "RULE 26(f) REPORT" to this Order.

SO ORDERED this 6th day of October, 2022, at Augusta, Georgia.

*/s/ Brian K. Epps*
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA