AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

ASA C. KEIL,

Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV121-170

ZACHARIAH E. MCREE et al.,

Defendant's

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order of the Court dated March 31, 2023, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court. This case is Remanded to the Superior Court of Lincoln County, Georgia. This action stands closed.



| March 31, 2023 | John E. Triplett, Clerk of Court |
|---|---|
| Date | Clerk |
| | (By) Deputy Clerk |