AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

ASA C. KEIL and ZACHARIAH E. MCREE,

    Plaintiff,

V.

MICHAEL BROOME and MATTHEW BROOME,

    Defendants/Crossclaim Plaintiffs,

V.

ROBERT J. LAGROON and
WILDFLOWER INVESTMENTS, LLC.,

    Crossclaim Defendants.

**AMENDED JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV 1:21-170

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Court's Order of March 31, 2023, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court. This case is remanded to the Superior Court of Lincoln County, Georgia, and this case stands closed.

03/31/2023
Date



John E. Triplett, Clerk of Court
Clerk

*Tara H. Burton*
(By) Deputy Clerk

GAS Rev 10/2020